UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MITCH TAEBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00192-TWP-MJD |
| | ) | |
| JERRY BROWN, | ) | |
| KAMALA D. HARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Transferring Action**
**To the Western Division of the Central District of California**

Plaintiff Mitch Taebel commenced this action on January 24, 2018, asserting constitutional claims related his 2013 arrests in Los Angeles, California. No filing fee was paid nor did Mr. Taebel seek *in forma pauperis* status. Construing his *pro se* complaint liberally, he is suing California Governor Jerry Brown and former California Attorney General and current United States Senator Kamala D. Harris for one billion dollars and an injunction to delete "the records viewable by [the] public and law enforcement agencies in the state."

Pursuant to 28 U.S.C. § 1406(a) this action is transferred to the United States District Court for the Central District of California, Western Division. When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

Here, the two defendants, the actions forming the basis of the lawsuit, and the evidence is located or took place in Los Angeles, California, which is in the Central District of California.

28 U.S.C. § 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Under these circumstances, the venue for the action is the Central District of California, Western Division.

Therefore, this action is now TRANSFERRED to the United States District Court for the Central District of California, Western Division. The **clerk is directed** to transmit plaintiff's complaint to the Central District of California and to mail the DVDs filed with the complaint to the Central District of California's clerk.

Finally, the **clerk is directed** to close this action on the docket.

**IT IS SO ORDERED**.

Date: 1/30/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mitch Taebel
2020 Golden Gate Dr.
Long Beach, IN 46360

Court Clerk
United States District Court
Central District of California
Western Division
350 West First Street, Suite 4311
Los Angeles, CA  90012-4565